UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 09-10658
                                                   HON. SEAN F. COX

MOHAMED G. ZAHER a/k/a
MOHAMED J. ZAHER a/k/a
MOHAMED GAMIL ZAHER,

    Defendant.

_____/

DISMISSAL OF SHOW CAUSE ORDER

This Court issued an Order [Document No. 13] on July 1, 2009, instructing Defendant to show cause why the unopposed Motion for Summary Judgment filed by Plaintiff [Document No. 11] should not be granted. After reviewing Defendant's Response to the Order to Show Cause [Document No. 14], this Court is satisfied that Defendant has met its burden to show why the unopposed Motion for Summary Judgment should not be granted. Accordingly, Defendant has until **Monday, July 13, 2009** to file his response to Plaintiff's Motion for Summary Judgment [Document No. 11].

    **IT IS SO ORDERED.**

Dated: July 7, 2009                         S/ Sean F. Cox
                                                        Sean F. Cox
                                                         United States District Court Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 09-10658
                                                       HON. SEAN F. COX

MOHAMED G. ZAHER a/k/a
MOHAMED J. ZAHER a/k/a
MOHAMED GAMIL ZAHER,

    Defendant.
_____/

**PROOF OF SERVICE**

    The undersigned certifies that the foregoing order was served upon counsel of record via the Court's ECF System and/or U. S. Mail on July 7, 2009.

                                                              s/Jennifer Hernandez
                                                              Case Manager to
                                                              District Judge Sean F. Cox